| | | |
|---|---|---|
| BATE LAND COMPANY, LP, | ) | |
| Appellant, | ) ) ) | |
| v. | ) ) | No. 7:15-CV-22-BO |
| BATE LAND & TIMBER, LLC, | ) ) ) | |
| Appellee. | ) | |
| BATE LAND COMPANY, LP, | ) ) | |
| Appellant, | ) ) ) | No. 7:15-CV-198-BO |
| v. | ) ) ) | & No. 7:15-CV-260-BO Consolidated |
| BATE LAND & TIMBER, LLC, | ) ) ) ) | |
| Appellee. | ) | |
| BATE LAND COMPANY, LP, | ) ) | |
| Appellant, | ) ) ) | |
| v. | ) ) | No. 7:16-CV-22-BO |
| BATE LAND & TIMBER, LLC, | ) ) ) | |
| Appellee. | ) | |
| BATE LAND COMPANY, LP, | ) ) | |
| Appellant, | ) ) ) | No. 7:16-CV-23-BO |
| v. | ) ) ) | |
| BATE LAND & TIMBER, LLC, | ) ) ) | |
| Appellee. | ) | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

It has come to the Court's attention that pending in this district are five separate appeals of orders of the bankruptcy court, each arising out of the same Chapter 11 proceeding. The appellant and appellee are identical in each case. Two cases have already been consolidated on motion of the parties.

In the interest of the continued efficient administration of justice, the Court will consider each issue on appeal related to debtor's Chapter 11 proceeding in the most recently filed case, No. 7:16-CV-23-BO, which addresses the bankruptcy court's order confirming debtor's Chapter 11 Reorganization Plan. The parties are DIRECTED to make all future filings related to these appeals in case No. 7:16-CV-23-BO. The page limitation requirements for principal briefs to be filed in the lead case are extended to forty-five pages so that the parties may adequately brief each issue they wish for the Court to consider. In light of the foregoing, the Court STAYS its consideration of case Nos. 7:15-CV-22-BO; 7:15-CV-260-BO (consolidated); and 7:16-CV-22-BO.

SO ORDERED, this the 18 day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 7:16-cv-00022-BO Document 11 Filed 02/18/16 Page 2 of 2